IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:04CR3039 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RICHARD LEE HOOVER, | ) | |
| | ) | |
| Defendant. | ) | |

Due to the defendant's medical condition,

IT IS ORDERED that the defendant's motions to delay commencement of sentence (filings 129 & 130) are granted, and the defendant shall surrender for service of his sentence no earlier than February 16, 2006 but on the date and time and at the place designated by the Bureau of Prisons. The Clerk of the Court shall provide the United States Marshals Service with a copy of this order.

December 22, 2005.                    BY THE COURT:

                                      *s/Richard G. Kopf*
                                      United States District Judge